PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Travis Stewart        Case Number: 3:07-00066

Name of Sentencing Judicial Officer: Honorable William J. Haynes, Chief U.S. District Judge

Date of Original Sentence: December 17, 2007

Original Offense: Felon in Possession of a Firearm.

Original Sentence: 77 months' imprisonment followed by 3 years' supervised release.

Type of Supervision: Supervised Release        Date Supervision Commenced: September 28, 2012

Assistant U.S. Attorney: Darryl Stewart        Defense Attorney: Caryll S. Alpert

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _____ day of
_____, 2013, and made a part of the records
in the above case.

_____
Honorable William J. Haynes
Chief U.S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
U.S. Probation Officer

Place:   Columbia, Tennessee

Date:    February 7, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

**1.**          **The defendant shall refrain from any unlawful use of a controlled substance:**

On November 8, 2012, November 27, 2012, December 10, 2012, December 18, 2012, January 10, 2013, and January 30, 2013, Mr. Stewart submitted urine screens at the probation office, which tested positive for marijuana. Mr. Stewart denied any new use for the specimens on November 8, December 10, December 18, 2012, and January 10, 2013. However, he admitted using marijuana for the specimens submitted on November 27, 2012, and January 26, 2013.

On January 4, 2013, this officer received a letter from Pat Pizzo, Director of Toxicology at Alere Laboratories which stated that it is her opinion that Mr. Stewart reused marijuana prior to the collections on November 8; November 27; December 10; and December 18, 2012. The urine screens on January 10, 2013, and January 30, 2013, had not been submitted at the time this opinion letter was received.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Stewart is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since September 28, 2012. He is currently employed with Goodwill Industries, Nashville, Tennessee. He lives with his wife and four children in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

Mr. Stewart was referred for a substance abuse intake assessment at Centerstone, in Madison, Tennessee, on October 23, 2012. The assessment was completed on December 5, 2012, and recommended Mr. Stewart participate in Phase 1 outpatient drug treatment, which requires him to attend weekly group counseling. He began counseling on January 2, 2013, and missed group on January 9, 2013. In addition, Mr. Stewart is enrolled in the U.S. Probation drug testing program at the most intensive level.

This probation officer issued a verbal reprimand to Mr. Stewart for violating his conditions of supervised release by using illegal drugs. Mr. Stewart was re-instructed as to all his conditions, and specifically instructed not to possess or use illegal substances. Mr. Stewart understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation. The offender's term of supervision is scheduled to expire on October 17, 2015.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court to allow Mr. Stewart the opportunity to fully participate in outpatient drug treatment as recommended by Centerstone. It is recommended that Mr. Stewart continue on supervised release and undergo increased monitoring by the probation officer. However, the probation officer requests these violations be held in abeyance. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
           Kenneth Parham
           Supervisory U.S. Probation Officer