UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) NO. 3:07-CR-00066 |
| | ) JUDGE HAYNES |
| TRAVIS DESHAN STEWART | ) |
| | ) |

ORDER

The request is granted. The hearing is set for October 24, 2014 at 4:00 pm.

GOVERNMENT'S REQUEST FOR REVOCATION HEARING

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, requests this Court set a revocation hearing in the above styled case to address allegations of non-compliance with supervised release. A revocation hearing in this case was set for review on January 27, 2014. At that time, the parties agreed to continue the case for six months to allow the defendant to obtain treatment, and this Court agreed. The case has not been reset, and additional violations are accumulating. On July 2, 2014, this Court issued an Order to consider additional violations detailed in a Second Supplemental Petition for Warrant or Summons for Offender Under Supervision, Docket Entry 75. On September 9, 2014, this Court issued an Order to consider additional violations detailed in a Third Supplemental Petition for Warrant or Summons for Offender Under Supervision, Docket Entry 76. Given these additional violations and the passage of eight months, the government respectfully requests that this case be set on the Court's docket for a revocation hearing to address these additional allegations of non-compliance with supervised release.