UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-00066 |
| ) | JUDGE HAYNES |
| TRAVIS DESHAN STEWART ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Travis Deshan Stewart, through undersigned counsel, respectfully requests that the Court reschedule the revocation hearing currently set for October 24, 2014, at 10 AM (DE 79). Undersigned counsel would state that a continuance is necessary because of the Federal Public Defenders Office retreat (scheduled for October 23-24), undersigned counsel's present medical condition, and to provide Mr. Stewart an opportunity to address an urgent family matter. Counsel for Mr. Stewart has conferred with Assistant United States Attorney, S. Carran Daughtrey, and she has granted undersigned counsel the liberty of advising the Court that the government has no opposition to this request. Additionally, U.S. Probation Officer Lisa Capps has authorized undersigned counsel that she has no opposition to this motion.

Undersigned counsel would respectfully request that the matter be reset to December 1, 2014, at 4 pm or any other date suitable to the Court's calendar.

Respectfully submitted,

/s/ Mariah A. Wooten
MARIAH A. WOOTEN (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Attorney for Travis Deshan Stewart