UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-00066 |
| | ) | JUDGE HAYNES |
| TRAVIS DESHAN STEWART | ) | |

MOTION TO SCHEDULE A REVOCATION HEARING

[handwritten annotation: Denied. The matter is granted. The hearing is set for June 29, 2015 at 1:30 p.m. ... 6-11-15]

Travis Deshan Stewart, through undersigned counsel, respectfully requests the Court to schedule the revocation hearing in the above-styled case. Counsel would show that on November 26, 2014, Mr. Stewart filed a motion to continue the revocation hearing set for December 1, 2014 (DE 83) and on the same date, this Honorable Court granted the motion to continue revocation hearing (DE 84).

Undersigned counsel would respectfully request that the matter be reset for a date and time suitable to the Court's calendar.

Respectfully submitted,

s/ Mariah A. Wooten
MARIAH A. WOOTEN (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Attorney for Travis Deshan Stewart

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2015, I electronically filed the foregoing Motion to Schedule a Revocation Hearing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Ms. S. Carran Daughtrey, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203. This motion has also been served, via electronic mail, to Ms. Lisa Capps, United States Probation Officer, Suite A-725 U.S. Courthouse, Nashville, TN 37203.

s/ Mariah A. Wooten
MARIAH A. WOOTEN